No. 908. BONET, TREASURER, *v*. BOWIE ET AL., TRUSTEES. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Messrs. *William Cattron Rigby* and *Nathan R. Margold* for petitioner. *Mr. Earle T. Fiddler* for respondents.

No. 911. HARGER *v*. OKLAHOMA GAS & ELECTRIC CO. May 16, 1938. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Allen McReynolds* for petitioner. Messrs. *Joseph M. Hill* and *Henry L. Fitzhugh* for respondent.

No. 913. DAVIDSON *v*. COMMISSIONER OF INTERNAL REVENUE. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. *J. A. C. Kennedy* and *Ralph E. Svoboda* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and Messrs. *Sewall Key* and *Harry Marselli* for respondent.

No. 925. GILMORE, GUARDIAN, *v*. UNITED STATES. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. E. Gwinn* for petitioner. *Solicitor General Jackson* and Messrs. *Julius C. Martin, Wilbur C. Pickett, Fendall Marbury* and *W. Marvin Smith* for the United States.